Case number 21-5056, Wisconsin Voters Alliance et al versus Kamala D. Harris, Vice President in her official capacity as President of the United States Senate et al., Eric G. Cardell and Morman Cardell and Erickson P.A. Appellants. Ms. Schor for the Appellant, Mr. Etchemendy, amicus curiae. Good morning. Good morning. Good morning, Your Honors. May it please the Court. I'm Channing Schor. I'm here representing the Appellants, Eric Cardall, Morman, Erickson, Morman Cardall, Erickson, P.A. My client, Erick Cardall, is here with me today in the courtroom. At the outset, I would like to set forth what we agree upon with the amicus in this case. First, Erick Cardall has standing to maintain this appeal. Second, Mr. Cardall suffered an injury, in fact, as a result of the District Court's February 19th, 2020 order, which I will refer to today as the order. Third, this Court's determination that the District Court acted unlawfully with the order would, as set forth by my colleague at page 31 of the amicus brief, at least partially redress Mr. Cardall's reputational injury by removing the order's legitimate force. And fourth, in the order, the District Court stated it would, quote, refer the matter to the committee via separate letter, end quote. This referral letter, if sent, is not part of the record and is not before the Court today. But just out of curiosity, has the letter been sent? Sorry, Your Honor, I couldn't hear you. Oh, I'm sorry. Just out of curiosity, has the letter been sent? Your Honor, I can only speak to what's in the record and the letter is not in the record, Your Honor. So you don't know whether it's been sent or you don't know whether the disciplinary proceedings are ongoing or anything? It's not part of the record, Your Honor. Okay. All right. So you're basing your argument here today on the statement that Judge Boasberg made in his opinion that he was going to refer? Respectfully, no, Your Honor. This appeal is not about the referral to the Committee on Gravenses. This appeal is about the order in full, which did more. There's a statement in the order that says that the Court will refer Mr. Cardall to the Committee on Gravenses via separate letter. But then it goes on for four pages to address the substance of Plaintiff's Counsel's response to the show cause order. Doesn't he also say, I'm not making a decision about this? Here are the facts. I assume that's the part of the order that you are referring to where he says the reasons why I'm sending this referral are X, Y, Z. These are the facts that I've observed, but I'm not making a decision. I'm sending it to the Committee on Gravenses. Do I misread the letter to say that or the order? Correct, Your Honor. The order does say that, but the issue with the order is that there's a local procedure for how the District Court can refer cases to the Committee on Gravenses. The District Court ordered Mr. Cardall and Plaintiff's Counsel to show cause why they should not be referred to the Committee. They then submitted a 13-page response, which is at appendix number, page number 1840 to 1852, which included an eight-page expert opinion declaration from expert Richard Driscoll in support of Mr. Cardall's conduct, saying that it did not violate Rule 3.1 of the Rules of Professional Conduct. Did Judge Boasberg make the decision that it did violate the Rules of Professional Conduct? No, Your Honor. All right, so keep going. I mean, those things are in the record, and Judge Boasberg found that your client had discharged his duty insofar as he responded to the order to show cause. But as far as I understood, Judge Boasberg never made any findings with respect to the issue of whether he had, your client, had violated the Rules of Professional Conduct or anything else. Your Honor, the abuse of discretion comes from Judge, the District Court's failure to address the substance of the arguments that were presented, which include... Before you get to abuse of discretion, you have to establish this Court's jurisdiction. Yes, Your Honor. So would you focus on the question of finality, please? I'm sorry, I didn't catch the last one. Would you please focus on the question of finality? Is this a final order that's appealable to this Court? Yes, Your Honor. And why? This is a final order that's appealable to this Court. First of all, it's the last docket entry that's noted on the docket. Why does that make a difference? Because this order adjudicated the plaintiff counsel's response to the order to show cause. After the case had been voluntarily dismissed by the plaintiffs... Okay, so take your standard administrative case. We have thousands of them. The amicus points out that in all of these administrative cases, where you have an agency that initiates proceedings against an entity, say a corporation, makes a judgment that there's a reasonable basis to think there's been a violation of the law. We in the Supreme Court have held for decades that that's not appealable. It's not a final order. And to be honest, I just don't see how this is any different from that. You've got a district judge here basically referring a matter for further administrative proceedings, in this case disciplinary proceedings. And as Judge Jackson points out, in your average administrative case, the agencies are making a judgment that there's a reasonable basis to think the law was violated. Here, you don't even have that. Respectfully, the order does not simply refer Mr. Cardall to the Committee on Grievances. It goes further, and it sets forth the allegations of misconduct, which, per the local rules, are to be sent via separate letter, because there's a confidentiality process to, until disciplinary proceedings have been investigated and determined to institute a formal investigation, it's confidential. The district court's grievances with Mr. Cardall and his evaluation of the four points in the order violates that process. But only insofar as you've chosen not to figure out whether there was a separate letter and put that in the record. I mean, Judge Tatel asked you at the beginning, was there another letter? Was the process followed? And you say that's not in this record, but I don't see how then we can determine whether the district court did or did not comply, unless we know the facts about whether the letter really went out. Respectfully, that's the issue. The issue is the order says that it's going to be referred by a separate letter, but then it doesn't conclude there. The order then goes on and states the grievances on the public record. States what on the public? All it states on the public record is that your client didn't satisfy his show cause obligations. That's all it says. Well, it goes a little bit further than that respectfully, Your Honor. There's four issues and four pages of text that the district court disagreed with in plaintiff's counsel response and notably absent from the explanation is the fact that there's a supporting expert opinion that Mr. Cardinals conduct in the underlying litigation complied with rule 3.1 of the rules of professional conduct. What if that letter that we don't have here? What if that's in the letter with no abuse of discretion? Then respectfully, this appeal is not from the referral to the committee on grievances. That letter is not what's on appeal the order, which is more than just a statement within the order that it's going to be referred the statement that there's four pages of argument and allegations of misconduct against Mr. Cardinal that fails to address the substance of Mr. Cardinals response, right? So I might be mishearing you but you keep saying that there are things missing from the order. It doesn't refer to the expert report. It doesn't talk about what you just said, you know, and I guess what I'm asking you is since we don't have the letter and both the order and you and the rules contemplate that there will be a letter. What if the district court's order was just the few little summary points, but there's a letter out there somewhere in which he actually does all the things that you're talking about. I don't think you can as a matter of procedure under those circumstances not give us the letter focus only on the order and say that the district court did not comply with his obligation. Respectfully, your honor, the letter that it would have instituted if sent the disciplinary process, the order that's on appeal concluded the underlying litigation. That's what the issue is before this court and that if you do. If you do force, can you all hear me? Okay. Yes, yes, if you divorce the. You try to divorce this entirely from the referral. Seems to me pretty artificial because your, your case for finality. Is rests on. The district court wrapping up the underlying case on the merits and in that sense, it looks like he's approaching the. Point of finality, but I mean, if the district court had made all of these very highly critical statements. In an order, just granting. A motion to dismiss by the defendants in the underlying case. This wouldn't even arguably be appealable by the lawyer, right? So, repeat your questions, make sure I understand if this order, we're at the stage. He says, I mean, let's just take the order that you're trying to appeal says to wait as counsel did smacks once again, a political gamesmanship. Okay. It's a very highly critical statement and it's assume. Assume, I think that comes close enough to saying that he violated the rules, which is a big assumption. But even if I think that, I mean, if that statement had been made in an order dismissing the underlying case on the merits, it would just be a judicial opinion that criticizes how a lawyer handled the case, which happens all the time and lawyers don't get to appeal those decisions. Right, well, this is respectfully your honor, the order goes further than just saying it's political gamesmanship. There's quotes that extend to he's not sufficiently allayed the concerns regarding potential bad faith. That's pick any, pick any statement you want from this opinion and just imagine that it had been made in the final order dismissing the underlying case. That wouldn't be appealable by the lawyer. The final order is finally it resolves all the issues in the case and it's not just an appeal from allegations of criticism. There's allegations of misconduct, which the local rules have a special procedure when the judge. Feels that there are there's reason that a conduct gives rise to an investigation or rule violation. The judge may refer it by separate letter. That process, but you're shifting now that analysis shifts the focus from adjudicating the underlying case, which is done to. Initiation of disciplinary proceedings is just getting started. Which the nature in which the district court employed, the case had been closed and dismissed and then the district court ordered plaintiff's counsel to show cause continuing the litigation, holding a public proceeding. Mr. Cardinal did not have an option to to response that order. He was ordered to show cause and he did he filed his response supported by expert opinions and then the district court would have at that point said it's not sufficiently allayed my concerns. In a 1 word order and referred it separately to the committee on grievances. Instead, the district court goes on for 4 pages and then sometimes not the same arguments that were presented previously that Mr. Cardinal could address saying, setting forth his allegations of misconduct, but the district still haven't responded. To the point amicus makes and that I asked you at the beginning. But that's exactly the way many proceedings are initiated. And those orders initiating for the proceedings are not appeal. They're not final orders. Even orders that accuse the entity of wrongdoing. And they're not appealable because. The question of the entities culpability is still to be litigated in the administrative. And, I mean, that's his major point and I just have not heard. A response from you about why this case is different. You know, it was ironic here. And the reason I asked you about the letter, is it if the, if the letter had never been sent. Then we might have a different case here. Although I would think you're here if he never sent the letter here. Your response, your obligation would be go back to the district judge and ask him to vacate this work, but. We have to assume it has been sent and so I still haven't heard. A, just a basis for distinguishing. This case from the thousands of other initiation of administrative proceedings that are non. I just haven't heard that. What is it the order in this case concluded the underlying proceeding and as set forth in the text of the. Concluded what underlying proceedings it initiated new proceeding respectfully. No, your honor. The initiation is the referral, which the district court specifically said would be done by a separate letter. Okay. All right. Okay. Yeah. Okay, sorry, I was just going to say, but I didn't understand your client to be a party to the. What proceeded in other words, to the extent that this order is addressing something with respect to your client. Isn't that a new thing? The client was a lawyer in the other proceeding, but he wasn't a part of it. So how could you say that this order, which is addressed to your client is the end of something as opposed to the beginning. The committee on grievances is charged with investigating allegations of rule violations. There's a process that set forth for the investigation and then ultimately the prosecution and the trial of allegations of misconduct. In this case, the district court is not the final determination of whether or not a rule has been violated. Do you have any I see that your time is is expiring or has expired? Do you have any thing to say about the sort of standing? Which is the other threshold issue. Is it your position that there is injury in this case from from judge? Those birds order yes, your honor and is that the criticism? What is the, what is the injury? He says I take no position on whether any discipline. Could be imposed I am not making the finding about whether these things qualify as. Unethical behavior, so it, it's the criticism that reads article three injury in your view. It's the injury. In fact, to the reputational harm, which includes it's while judgment was the district court does conclude that he takes no position on the rule violations. His order specifically sets forth allegations of political gamesmanship that it's hard to believe the suit was met in good faith and that. Yes, I know what the allegations are what I'm asking you is, is it your position that every critique by a court, whether it's in an order, it's an open court, whatever qualifies as an article three injury to the extent the court is saying something about the lawyers. Conduct or perform your and I can only speak to the case at bar and in this case, it's undisputed with both us and amicus that Mr. Cardinal has standing and has suffered an injury. In fact, as a result of the order by the district court. Okay, thank you. Thank you. We'll hear from amicus. Mr. Thank you, your honor may please the court Matthew, which many court appointed amicus curia. This case presents the question, whether this court has jurisdiction here in appeal and the district courts determination, refer an attorney to the committee on grievances. In an order that impose no sanctions and contained no actual findings, misconduct every court to squarely address that question has said, no, there is no appellate jurisdiction in such cases in my view, that's the legally and pragmatically right outcome. The harder question and one on which the existing case law provides less guidance. Is the best doctrinal justification for that result is what the best doctrinal justification for that result. You say it provides no guidance. I understood that there were courts. Who squarely chose 1 doctrinal justification or the other and many courts that have said that a person in Mr. position has no standing. They do use the word standing. I'm not sure that that's necessarily can find article 3 standing. So, if you look at the, the Tiford and Zenty cases, which are the 2 key cases, finding lack of jurisdiction under these circumstances. They do speak of standing, you know, those cases and certainly T for. Came, I think, at a time when the term standing was sometimes used for statutory factors, sometimes for credential factors. All right, so we know what it is now. Tell us why you concluded that there's sufficient injury under these circumstances, given the circumstances that you've laid out to qualify as article 3 stand. Yes, sir. So, essentially, my argument on injury, in fact, the reason why I think Mr did suffer an injury. In fact, it's just the combination of Sullivan and transunion and. I will allow that I'm putting quite a lot of weight on trans. So, transunion said that essentially there's no meaningful distinction between labeling someone a terrorist and labeling someone as a potential terrorist for purposes of of article 3 injury. In fact. Had transunion not been on the books, I think it would be quite a difficult. Question I'm frankly not aware of other cases directly speaking. Let's talk about transunion because I, I do see you putting a lot of weight on it and I'm not sure I'm totally there. So, I think there's a big difference between what is happening in that case. Justice says that it's highly misleading and inherently damaging, like, defamation to tell someone or to say that the plaintiff's name is on a list of people that the government had concluded was a terrorist or drug deal. And in essence, as I read that case, he's saying that alone is really damaging. So, whether they turned out to be whether it turned out to be that the government had actually designated you a terrorist. The difference between saying, you're on a list of potential terrorist and you've actually been designated a terrorist really not that big and both are damaging here. It seems to me that we have something different. The district court expressed concerns about Mr. Cardinals performance. He made it explicit that he was not concluding. That he was had acted unethically and so no one could be misled into thinking that the referral meant that he, the relevant government entity had concluded that Mr. Cardinal had behaved unethically. Right? So, it seems to me that that's really not the same thing. So, can you, can you right? And there may not be the same issue about misleading. Central members of the audience of this order, I do think for purposes of article 3 standing, just keep that separate from the merits. We need to assume Mr Carl's position on the merits for purposes of evaluating injuries. So, I think we need to take it for granted that, you know, many of these criticisms were not well founded. Yes, but we don't assume that he has the injury. I mean, that's the question of standing. Well, of course not. So, so, you know, as I was trying to think about this, that another way to conceptualize it, is that if you had a spectrum of harm in this area with 1 end being non defamation, but critical comments. And the other end being the kind of defamatory comment that justice cabinet identify hate something that could object to hatred or contempt or ridicule. And then you plotted trans unions to comments that the 2 ideas I talked about both your name is on a list that the government says are terrorist people and the government has actually designated you a terrorist both fall on 1 side of the spectrum. Whereas, in our case, I have concerns about your ethical behavior is seen so far from I have designated you unethical that 1 could be on 1 side and 1 could be on the other. So, the fact that trans union puts them both together says the 1 is basically the same as the other doesn't tell me what to do in our case with. I have some concern. So, I certainly agree it's, I mean, standing is always a fact specific and there is a distinction between the type of statements that issue here and in trans. And if the court were to decide that there were no standing, I suppose it could distinguish trans union. I was just convinced that combination of Sullivan, which says that, you know, actually having been labeled. As a rule violent sufficient to establish reputational standing. To combine that with, I guess, trans union pouring cold water on the distinction between. You did X, and you may have done X that it struck me as. Probably the best outcome to say that there was injury. In fact, the other. I was Sullivan. 1, major difference. Between Sullivan and this case is the statement. In Sullivan was made by the committee on grievances at the end of it's invested. So, that's a, that's a case where the administrative body charged with. Adjudicating misconduct does its thing. And concludes at the end of its process that. There was a violation, but no sanction should be imposed. And that seems very different from what we have here. Which is it's some combination of either the district court is just. Concluding merits litigation and makes comments critical about lawyer performance. And, or the district court in its capacity as a complainant. Initiates the disciplinary proceeding. So, are there any cases finding standing based on just. Critical statements that are either embedded in the merits opinion, or the disciplinary complaint. No, I'm not aware of any case that has held that there was standing. Actually, to appeal any discipline attorney discipline related order where there was neither. An explicit finding of wrongdoing or some kind of tangible sanction. I mean, it just seems to me a cleaner line. I'm a little worried about an article 3 line that would turn on. How. Have pointed or definite. Statements were, as opposed to just simply saying. These are these are statements by the judge who's initiating. A complaint, and that's not enough. It certainly could raise line drawing questions. And so I could understand the concern if this court were to. Address article 3 standing, of course, if you agree with my view on finality, that that wouldn't be necessary. Right speaking, were you done? Yes, thank you. Speaking of your view about you, you also are. You also are at the decision is not. A judicial, you have any view about anything you can. Share with us about your view about which, which is the sounder basis for this court to. Rest and no jurisdiction decision on well, I think they're, they're both sound your honor. I would say certainly the case laws more extensive on finality, right? Finality or standing. Has any court held non final in this. Well, there's a suggestion of it in Tiford. So Tiford does site finality case law and says this is analogous to an order to show cause. That wouldn't be appealable because it would be non final. Tiford didn't spell out the 1291 reasoning that I've offered, but it finality was certainly 1 of the things that. Was on the court's mind in that case, I wouldn't describe it as fully embracing the view that I've put out here. No, sorry. I'm sorry. I'm sorry to cut you off. I just thought there were cases that actually held no standing. In this context, where there had been no. Actual finding or. Oh, they did hold no standing here. So we do have, we have no standing cases. Do we have a similar? No finality that go through the, you know, this is a judicial order and all of the factors that relate to finality. No, there's a thread of that in Tiford, but the reasoning isn't fully spelled out. Do you think there's any doubt that this is not a final order? I have no doubts particularly. I do think that the analogy to the agency case law that you mentioned just title was is very illuminating. Yeah, of course. Those are different statutes. Those aren't under 1291, but. The analogy is, is fairly strong and I do think that essentially what the district court was doing here was. Taking an act that, in some respects, when 1 sees more commonly with administrative agencies. Aren't very many circumstances in which district courts are initiating complaints, but that's exactly what happened here. And we do know how that's treated in the agency context. There's no final. Appealable agency action have to go through the finality factors. What what would we do with the judicial role factor that judge. They don't mentioned earlier I mean, this is a civil case. The orders are rising out of it. Involved an attorney in the case was a resolution to some extent of the order to show cause at least it involved determinations that. Uh, at least he talks about sort of merit relations, the kinds of things the grievance board is going to have to consider. So I'm, I'm a little concerned about the suggestion that this is not. Um, not a judicial order, especially given, um, some of the more recent statements of the Supreme Court in a case. I asked this versus Davis. I don't know. You may be familiar with that 1. so how do how do we call this a non judicial order in light of that? So, just as a matter of clarification, I would say not necessarily that it's not a judicial order, but that it's not a judicial decision. Um, and essentially, the, you know, the basis of my argument is that this wasn't adjudicating any legal issues. It's, it's hard to see what rights or duties are decided in this opinion. Um, you know, the order has some perspective effect in the sense that it does set in motion of further proceeding, but that's something that any member of the public can do. So I don't see the district court is doing anything. Uniquely within its judicial power, and my best analogous cases are probably the cases dealing with recommendations, not binding recommendations made to the Bureau of prisons. I cite the McHugh case from the 7th Circuit and the Pinheiro case from the 2nd Circuit, but there are others out there and those courts were dealing with attempts to appeal non binding recommendations that sentencing judges made essentially and was held that those were not decisions within the scope of the statute. You don't think that the judges insight into the proceedings is, is in some ways uniquely different than someone on the street in terms of making the referral. Well, as a practical matter, I'm sure that some audiences would give it more weight. I'm not sure that's enough to convert it into a judicial decision in the proper sense. The same is probably true in the Bureau of prisons recommendation cases. I take it that the government takes the judges recommendation quite seriously, but the fact of the matter is that it remains on binding. I mean, that's very clear. The committee doesn't have to follow anything in this order. I, I read, I want to make sure I read your I didn't read your brief is saying. We had to decide that isn't your position that. Finality, whatever this is, it's not final. Yes, your honor. So finality is an independent sufficient. Yes, you have. In other words, you have. You have standing arguments, and then within 1291. You have 2 subsidiary arguments. 1 is judicial decision and 1 is no finality. Correct and since to fit the statute, it would need to be a final decision, both final and the decisions are independent basic. Okay, thank you. I'm not sure you were out of time, but we'll give you 2 minutes. Thank you, your honor the order is a final judicial decision member of the public cannot order an attorney in a case to show cause why he should not be referred to the committee on grievances and then adjudicate the sufficiency of his response. And issue an order, it's not comparable to a lay person submitting a complaint of alleged misconduct separately to the committee on grievances. Anything else is that it I'm sorry anything else. Do you have any I'm sorry do you have anything else? Yes, your honor respectfully request that this court to follow the precedent Senate set by the 3rd circuit and Adams that the district court's failure to follow the local rules regarding the procedure for referrals to the committee on grievances and is abuse of discretion and we respectfully request that this court vacate the order as it was an abuse of the district court's discretion. Thank you Mr. the court appointed you as amicus and your brief and oral argument have been helpful and we are grateful for your assistance. Thank you and thank you. Miss sure the case is submitted.
judges: Tatel, Katsas, Jackson